IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Plaintiff,

vs.

JOSE OVANDO, Corporal; and
ROBERTO PEDROZA, Corporal;

Defendants.

**8:26CV104**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion (the "Motion") filed by Plaintiff Kevin L. Ballard ("Plaintiff"), an inmate at Tecumseh State Correctional Institution. Filing No. 8. In his Motion Plaintiff seeks to extend the May 18, 2026, deadline to show cause why his case should not be dismissed for failure to pay the initial partial filing fee of $2.38, *see* Filing No. 6, by 30 days to allow time for funds to reach his account, Filing No. 8.

Upon consideration, IT IS THEREFORE ORDERED that:

1.    Plaintiff's Motion, Filing No. 8, is granted.  Plaintiff shall have through and until **June 17, 2026**, to submit his $2.38 initial partial filing fee in compliance with the Court's April 16, 2026, show cause order, Filing No. 6.

2.    The Clerk of Court shall terminate the May 18, 2026, check for response to show cause order deadline, and shall set the following pro se case management deadline of **June 17, 2026**: check for payment or response to show cause order.

Dated this 5th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2